■ ROSE SOLARES, as Administratrix of the Estate of PAUL SOLARES, Deceased, v. CHARLES SIRIGNANO, as Executor, et al.— Motion by ROSE SOLARES, as administratrix, to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed

on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.